```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07561
   LATONYA TEMPLE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0547

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/29/2008 and was confirmed 05/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED VEHIC     6895.00         244.96         284.87
SANTANDER CONSUMER USA    UNSECURED          681.74            .00            .00
ALLIED INTERSTATE         UNSECURED        NOT FILED          .00            .00
AMERICAN COLLECTION       UNSECURED        NOT FILED          .00            .00
AMERICAN COLLECTION       UNSECURED        NOT FILED          .00            .00
CDA PONTIAC               UNSECURED        NOT FILED          .00            .00
CDA PONTIAC               UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED          824.81           .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED        NOT FILED          .00            .00
COLLECTION                UNSECURED        NOT FILED          .00            .00
CHECK PLUS SYSTEMS LP     UNSECURED        NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED        NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED        NOT FILED          .00            .00
HFC USA/BENEFICIAL        UNSECURED        NOT FILED          .00            .00
BENNETT & DELONEY         UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL GROUP       UNSECURED        NOT FILED          .00            .00
GLOBAL PAYMENTS           UNSECURED         1025.00           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         2032.04           .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED          .00            .00
JOHNNIE JOHNSON           NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED         2119.75           .00            .00
HOUSEHOLD FINANCE CORP    SECURED NOT I    17145.64           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,474.00                       183.17
TOM VAUGHN                TRUSTEE                                           62.00
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 07561 LATONYA TEMPLE
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       775.00

PRIORITY                                                                   .00
SECURED                                                                 284.87
    INTEREST                                                            244.96
UNSECURED                                                                  .00
ADMINISTRATIVE                                                          183.17
TRUSTEE COMPENSATION                                                     62.00
DEBTOR REFUND                                                              .00
                                       ---------------      ---------------
TOTALS                                        775.00               775.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/27/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                             PAGE   2
        CASE NO. 08 B 07561 LATONYA TEMPLE